UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INSURED ADVOCACY GROUP, LLC,

                                         Plaintiff,

              -v-

TARP SOLUTIONS, LLC and CHRISTIAN SANTANA,

                                       Defendants.

24 Civ. 1560

ORDER OF DEFAULT JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

       On February 29, 2024, plaintiff Insured Advocacy Group, LLC ("Insured Advocacy") filed the complaint in this diversity action for breach of contract and conversion against Tarp Solutions, LLC ("Tarp") and its sole member, Christian Santana. Dkt. 1. On August 8, 2024, the Court memo-endorsed a letter from Insured Advocacy attesting to service on defendant Tarp by certified mail on June 13, 2024. Dkt. 13. On October 6, 2024, Insured Advocacy filed an affidavit attesting to service on defendant Christian Santana. Dkt. 25. After both defendants failed to appear, respond, or otherwise take action in this case, Insured Advocacy obtained certificates of default against both defendants from the Clerk's Office. Dkts. 24, 28. Consistent with the Court's Individual Rules and Practices, on December 27, 2024, Insured Advocacy filed a motion for default judgment, a memorandum of law in support of the motion, and supporting documents. Dkt. 29. Neither defendant has since filed an appearance or any opposition to Insured Advocacy's motion for a default judgment.

       The Court has reviewed plaintiff's motion for a default judgment pursuant to Federal Rule of Civil Procedure 55(b). Because proof of service has been filed, the defendant has not answered the complaint, the time for answering the complaint has expired, and the defendant

failed to appear to contest entry of a default judgment, the Court enters default judgment for plaintiff against the defendant. The Court, by separate order, will commission an inquest into damages.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: February 26, 2025
       New York, New York