UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                    Plaintiff,

        -against-

TARP SOLUTIONS, LLC, et al.,

                    Defendants.

24-CV-1560 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 18, 2025, I ordered Plaintiff to make a supplemental submission in further support of its claimed damages by July 7, 2025, to serve Defendants with its supplemental submission with a copy of the Order by July 8, 2025, and to filed on the docket proof of such service by July 8, 2025. (ECF 37.) Plaintiff has not filed on the docket proof of serving Defendants with its supplemental submission.

Accordingly, I am nunc pro tunc extending Plaintiff's deadlines to serve Defendant with its supplemental submission at ECF 38 and ECF 39 until **April 1, 2026** and to file on the docket proof of such service until **April 1, 2026**.

DATED:  March 27, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge