UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

Plaintiff,

-against-

TARP SOLUTIONS, LLC, et al.,

Defendants.

24-CV-1560 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 27, 2026, I ordered Plaintiff to serve a copy of the report and recommendation at ECF 42 on Defaulting Defendants and to file proof of such service by August 31, 2026. (ECF 42.) Plaintiff has not complied. Accordingly, I am pro nunc tunc extending Plaintiff's deadline to serve a copy of the report and recommendation at ECF 42 on Defaulting Defendants and to file proof of such service until **September 3, 2026**

DATED: September 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge