**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

INSURED ADVOCACY GROUP, LLC,

Plaintiff,

-against-

24 **CIVIL** 1560 (PAE)

# JUDGMENT

TARP SOLUTIONS, LLC and CHRISTIAN SANTANA,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2026, the Court has awarded plaintiff $152,949.86 in damages, prejudgment interest at the annual rate of 5% from February 29, 2024, through September 17, 2026, in the amount of $19,506.35; attorneys' fees in the amount of $15,160; and costs in the amount of $825; accordingly, the case is closed.

**Dated:** New York, New York

September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**